UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD SIMS,

                      Plaintiff,

-against-

RACHELLE C. KAUFMAN, MAGISTRATE;
RACHEL TANGUAY, AJSC JUDGE,

                      Defendants.

23-CV-7927 (LTS)

CIVIL JUDGMENT

---

    Pursuant to the order issued February 14, 2024, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed on immunity grounds, 28 U.S.C. § 1915(e)(2)(B)(iii) and for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    SO ORDERED.

Dated:   March 19, 2024
           New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                      Chief United States District Judge